IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OMAR GRAYSON, #R-48244,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**J. BELFORD,** )<br>)<br>**Defendant.** ) | Case No. 14-cv-01326-NJR |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant **BELFORD.** Plaintiff shall recover nothing. The action is **DISMISSED with prejudice**, the parties to bear their own costs.

**DATED**: December 22, 2014

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: _____
Nancy J. Rosenstengel
United States District Judge